## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; REPUBLICAN PARTY OF THE VIRGIN ISLANDS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>VIRGIN ISLANDS BOARD OF ELECTIONS; CAROLINE F. FAWKES, in her official capacity as the SUPERVISOR OF ELECTIONS SYSTEM, VIRGIN ISLANDS,<br><br>　　　　　Defendants. | Civil No. 2022-49 |

## **TRIAL MANAGEMENT ORDER**

　　The parties were before the Court on November 4, 2022 on their Report of Rule 26(f) Planning Meeting and for an initial Rule 16 conference.   The parties agree that resolution of this matter is largely a question of law.   They do not believe experts will be needed.   The premises considered, it is hereby ORDERED that the parties shall adhere to the following schedule:

1. The parties have disclosed information and documents pursuant to Rule 26(a)(1), and shall supplement such disclosures as necessary.

2. The deadline for seeking leave to amend pleadings or add new parties is December 31, 2022.

3. All discovery shall be completed by March 31, 2023.

4. The parties shall commence mediation by April 30, 2023, or earlier as agreed.

5. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions.

6. The production of privileged or work-product protected documents, as electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).   This Order does not prevent any party from seeking a determination from the Court about whether a document or information, whether withheld or produced, is privileged or work product protected.

7. The parties have agreed on an ESI protocol but believe ESI will be limited.

8. The parties shall file dispositive motions on the following schedule: Plaintiffs will file for summary judgement no later than June 30, 2023. Defendants shall file a combined response and cross-motion no later than 30 days after service of plaintiffs' motion. Plaintiffs shall file a combined response and reply no later than 14 days after service of defendants' response and cross-motion. Defendants shall file a reply no later than 14 days after service of plaintiffs' response and reply. This schedule may not be extended without leave of Court.

9. All motions in limine or to exclude evidence shall be filed no later than October 20, 2023. Any response shall be filed no later than seven days after the motion is served. Any reply shall be filed no later than five days after a response is served.

10. The parties shall file their proposed joint final pretrial order no later than November 1, 2023.

11. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than November 13, 2023.

12. The final pretrial conference in this matter will be scheduled by the presiding judge.

13. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on November 20, 2023.** The trial period extends from November 20 to December 1, 2023. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

14. A status conference is scheduled for **February 7, 2023, at 10:00 a.m. Atlantic Time via Teams.**

**Dated:** November 4, 2022        S\_____
                                  **RUTH MILLER**
                                  United States Magistrate Judge