**FOR OFFICIAL PUBLICATION**

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **REPUBLICAN NATIONAL COMMITTEE; REPUBLICAN PARTY OF THE VIRGIN ISLANDS,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 3:22-cv-0049** |
| **v.** | ) ) | |
| **VIRGIN ISLANDS BOARD OF ELECTIONS; CAROLINE F. FAWKES, in her official capacity as the Supervisor of Elections Systems, Virgin Islands,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

APPEARANCES:

ANDREW L. CAPDEVILLE, ESQ.
LAW OFFICES OF ANDREW L. CAPDEVILLE, P.C.
ST. THOMAS, VI

TYLER R. GREEN, ESQ.
CAMERON T. NORRIS, ESQ.
FRANK H. CHANG, ESQ.
CONSOVOY MCCARTHY PLLC
ST. LAKE CITY, UT,
        *For Plaintiffs*

CHRISTOPHER M. TIMMONS, ESQ.
ASSISTANT ATTORNEY GENERAL
VIRGIN ISLANDS DEPARTMENT OF JUSTICE
ST. THOMAS, VI
        *For Defendants*

### JUDGMENT (CORRECTED)

**BEFORE THE COURT** are the parties' respective motions for summary judgment. (ECF Nos. 59, 61). For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment, filed on August 8, 2023, ECF No. 59, is **DENIED**; it is further

**ORDERED** that Plaintiffs Republican National Committee's and Republican Party of the Virgin Islands' Motion for Summary Judgment, filed on August 8, 2023, ECF No. 61, is **GRANTED, IN PART, and DENIED, IN PART**; it is further

**ORDERED** that 18 V.I.C. § 232 is deemed **UNCONSTITUTIONAL** to the extent it allows the Virgin Islands Board of Elections the right and authority to reject a political party's process used in selecting its party officers and candidates for public-office; it is further

**ORDERED** that 18 V.I.C. §§ 301(c)-(d) are **PREEMPTED** by the Lanham Act and are **VOID** to the extent they allow a Virgin Islands political party to use its national affiliates' trademarked symbol, emblem, or insignia without the approval of the owner of the trademark; it is further

**ORDERED** that 18 V.I.C. §§ 303(a)-(c), and 305 are deemed **UNCONSTITUTIONAL** and, hence, **VOID;** it is further

**ORDERED** that 18 V.I.C. § 304(a) is deemed **UNCONSTITUTIONAL** only to the extent it provides the Supervisor of Elections the authority to designate the time and location of the organizational meeting of the first territorial committee of each party after a primary election. This provision of section 304(a) is **VOID.** All other provisions stated in section 304(a) are valid and therefore, not unconstitutional. It is further

**ORDERED** that 18 V.I.C. §§ 301(a), 306(a), 307, and 342 are deemed **UNCONSTITIONAL** and hence, **VOID;**

**ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **GRANTED** in favor of Plaintiffs Republican National Committee and Republican Party of the Virgin Islands and against Defendants Virgin Islands Board of Elections and Caroline Fawkes, Supervisor of Elections, on Plaintiffs' claim for violation of 42 U.S.C. § 1983; it is further

**ORDERED, ADJUDGED, and DECREED** that Defendants are hereby **ENJOINED** from enforcing the provisions of 18 V.I.C. §§ 232, 301(a), (c), and (d), 303(a), (b), and (c), 304(a), 305, 306(a), 307, and 342 as stated herein; it is further

*Republican Nat'l Comm. et al. v. Virgin Islands Bd. of Elections et al.*
Case No. 3:22-cv-0049
Judgment
Page 3 of 3

      **ORDERED, ADJUDGED, and DECREED** that, consistent with this **JUDGMENT,** the following provisions of the Virgin Islands Code are **DECLARED UNCONSTITUTIONAL:** 18 V.I.C. § 232, 18 V.I.C. § 301(a), 18 V.I.C. § 303(a), (b), and (c), 18 V.I.C. § 304(a), 18 V.I.C. § 305, 18 V.I.C. § 306(a), 18 V.I.C. § 307, and 342.

**Dated:** January 10, 2024

                             */s/ Robert A. Molloy*
                             **ROBERT A. MOLLOY**
                             **Chief Judge**